| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613.  - - Alliance Data Systems Corp | A | Int./Div. | J | T | | | | | |
| 614.  - - Amerisource Bergen Corp | A | Int./Div. | | | Sold | 11/07/17 | J | | |
| 615.  - - Ametek, Inc. | A | Int./Div. | J | T | | | | | |
| 616.  - -Apartment Invt & Mgmt Co | A | Int./Div. | J | T | | | | | |
| 617.  - - Autodesk, Inc. | | None | J | T | Buy | 04/11/17 | J | | |
| 618.  - - Avery Dennison Corp | A | Int./Div. | J | T | | | | | |
| 619.  - - Ball Corp | A | Int./Div. | J | T | | | | | |
| 620.  - - Bed Bath & Beyond | A | Int./Div. | | | Sold | 04/11/17 | J | | |
| 621.  - - Best Buy, Inc. | A | Int./Div. | J | T | | | | | |
| 622.  - - Block, H & R, Inc. | A | Int./Div. | J | T | | | | | |
| 623.  - - Borg Warner Inc. | A | Int./Div. | J | T | | | | | |
| 624.  - - Brown - Forman, Inc. | A | Int./Div. | J | T | | | | | |
| 625.  - - CR Bard | A | Int./Div. | J | T | | | | | |
| 626.  - - CA Inc Com | A | Int./Div. | J | T | | | | | |
| 627.  - -Cabot Oil & Gas Corp | A | Int./Div. | J | T | | | | | |
| 628.  - -Campbell Soup Co. | A | Int./Div. | J | T | | | | | |
| 629.  - - Carmax, Inc. | | None | J | T | Buy | 04/11/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. - - CBRE Group, Inc. | | None | J | T | | | | | |
| 631. - - Centene Corp Del | | None | J | T | | | | | |
| 632. - - Century Link Inc. | A | Int./Div. | J | T | | | | | |
| 633. - -CF Inds Holds, Inc. | A | Dividend | J | T | | | | | |
| 634. - - Chipolte Mexican Grill | | None | | | Sold | 07/25/17 | J | | |
| 635. - - Cimarex Energy | A | Int./Div. | J | T | | | | | |
| 636. - - Cincinnati Financial Corp | A | Int./Div. | J | T | | | | | |
| 637. - - Cintas Corp | A | Int./Div. | J | T | | | | | |
| 638. - - Citizens Financial Group | A | Int./Div. | J | T | | | | | |
| 639. - - Citrix Systems | | None | J | T | | | | | |
| 640. - - Clorox Co | A | Int./Div. | J | T | | | | | |
| 641. - - CMS Energy Corp | A | Int./Div. | J | T | | | | | |
| 642. - -Comerica, Inc. | A | Int./Div. | J | T | | | | | |
| 643. - - Conagra Brands Inc. | A | Int./Div. | J | T | | | | | |
| 644. - - Consol Energy Inc. | A | Int./Div. | J | T | | | | | |
| 645. - - CSRA Inc. | A | Int./Div. | J | T | Buy | 12/26/17 | J | | |
| 646. - - DR Horton, Inc. | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. - - Darden Restaurants, Inc. | A | Int./Div. | J | T | | | | | |
| 648. - - Davita Healthcare Partners | | None | J | T | | | | | |
| 649. - - Delphi Technologies (f/n/a Delphi Automotive) | A | Int./Div. | J | T | | | | | |
| 650. - - Dentsply Int'l | A | Int./Div. | J | T | | | | | |
| 651. - - Dover Corp | A | Int./Div. | J | T | Buy | 05/16/17 | J | | |
| 652. - - Dr Pepper Snapple Group | A | Int./Div. | J | T | | | | | |
| 653. - - DTE Energy Co | A | Int./Div. | J | T | | | | | |
| 654. - -E Trade Financial | | None | J | T | | | | | |
| 655. - - Endo International Ltd | | None | | | Sold | 01/31/17 | J | A | |
| 656. - - Edwards Lifesciences Corp | | None | J | T | | | | | |
| 657. - - Entergy Corp | A | Int./Div. | J | T | | | | | |
| 658. - - EQT Corp | A | Int./Div. | | | Sold | 11/20/17 | J | A | |
| 659. - - Equifax, Inc. | A | Int./Div. | J | T | | | | | |
| 660. - - Essex Property Trust REIT | A | Int./Div. | | | Sold | 11/20/17 | J | A | |
| 661. - - Eversource Energy | A | Int./Div. | J | T | | | | | |
| 662. - - Expedia Inc. Del | A | Int./Div. | J | T | | | | | |
| 663. - - Extra Space Storage Inc. | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. - - Fastenal Co. | A | Int./Div. | J | T | Buy | 01/31/17 | J | | |
| 665. - - Federal Realty Inv. TR | A | Int./Div. | J | T | Buy | 01/31/17 | J | | |
| 666. - - FirstEnergy Corp | A | Int./Div. | J | T | Buy | 12/26/17 | J | | |
| 667. - - Flir Systems, Inc. | A | Int./Div. | J | T | | | | | |
| 668. - - Fluor Corp | A | Int./Div. | J | T | Buy | 01/31/17 | J | | |
| 669. - - FMC Technologies, Inc. | A | Int./Div. | J | T | | | | | |
| 670. - - Frontier Communications | A | Int./Div. | | | Sold | 03/07/17 | J | | |
| 671. - - F5 Networks, Inc. | | None | | | Sold | 11/20/17 | J | | |
| 672. - - Genuine Parts Co | A | Int./Div. | | | Sold | 04/11/17 | J | | |
| 673. - - Gallagher Arthur J & Co | A | Int./Div. | J | T | Buy | 05/16/17 | J | | |
| 674. - - GGP Inc | | None | J | T | Buy | 03/03/17 | J | | |
| 675. - - Goodyear Tire & Rubber Co. | A | Int./Div. | J | T | | | | | |
| 676. - - Grainger WW Inc. | | None | J | T | Buy | 01/31/17 | J | | |
| 677. - - Harman Intl Inds Inc | A | Int./Div. | | | Sold | 03/13/17 | J | | |
| 678. - - Harris Corp. | A | Int./Div. | J | T | | | | | |
| 679. - - Hartford Financial Svcs | A | Int./Div. | J | T | | | | | |
| 680. - - Hasbro Inc. | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. - - Helmerich & Payne, Inc. | A | Int./Div. | J | T | | | | | |
| 682. - - Henry Schein Inc. | | None | | | Sold | 11/07/17 | J | | |
| 683. - - Hess Corp | A | Int./Div. | | | Sold | 11/20/17 | J | | |
| 684. - - Hormel Foods Corp | A | Int./Div. | J | T | | | | | |
| 685. - - Host Hotels & Resorts | A | Int./Div. | J | T | | | | | |
| 686. - - Interpublic Group of Companies | A | Int./Div. | J | T | | | | | |
| 687. - - Invesco Ltd | A | Int./Div. | J | T | Buy | 01/31/17 | J | | |
| 688. - - Iron Mtn Inc | A | Int./Div. | J | T | Buy | 03/03/17 | J | | |
| 689. - - Jacobs Energy Group | A | Int./Div. | J | T | | | | | |
| 690. - - Juniper Networks, Inc. | A | Int./Div. | | | Sold | 01/31/17 | J | | |
| 691. - - Kansas City Southern | | None | J | T | | | | | |
| 692. - - KeyCorp New | A | Int./Div. | J | T | | | | | |
| 693. - - Kimco Realty Corp | A | Int./Div. | J | T | Buy | 03/07/17 | J | | |
| 694. - - Kla-Tencor Corp | A | Int./Div. | J | T | | | | | |
| 695. - - Kohls Corp | A | Int./Div. | J | T | Buy | 12/26/17 | J | | |
| 696. - - L Brands Inc | A | Int./Div. | J | T | Buy | 01/31/17 | J | | |
| 697. - - Laboratory Corp America Holdings | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. - - Lamb Weston Holdings | A | Int./Div. | J | T | | | | | |
| 699. - - Leggett & Platt, Inc. | A | Int./Div. | | | Sold | 11/20/17 | J | A | |
| 700. - - Leucadia National Corp. | A | Int./Div. | J | T | | | | | |
| 701. - - Lincoln National Corp | A | Int./Div. | J | T | | | | | |
| 702. - - Linear Tech Corp Del | A | Int./Div. | | | Sold | 03/14/17 | J | A | |
| 703. - - LKQ Corp | | None | J | T | | | | | |
| 704. - - Loews Corp | A | Int./Div. | J | T | | | | | |
| 705. - - Macerich Co REIT | A | Int./Div. | J | T | | | | | |
| 706. - - Macy's Inc. | A | Int./Div. | J | T | | | | | |
| 707. - - Marathon Oil Corp | A | Int./Div. | J | T | | | | | |
| 708. - - Martin Marietta Materials | A | Int./Div. | J | T | | | | | |
| 709. - - Masco Corp | A | Int./Div. | J | T | | | | | |
| 710. - - Mattel, Inc. | A | Int./Div. | J | T | | | | | |
| 711. - - McCormick & Co. | A | Int./Div. | J | T | | | | | |
| 712. - - Mead Johnson Nutrition | A | Int./Div. | | | Sold | 01/31/17 | J | | |
| 713. - - MFB Northern Mid Cap Index Fund | B | Int./Div. | M | T | | | | | |
| 714. - - MFC IShares TR Russell Mid-Cap ETF | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. - - Michael Kors Holdings Ltd | | None | | | Sold | 06/20/17 | J | | |
| 716. - - Microchip Technology, Inc. | A | Int./Div. | J | T | | | | | |
| 717. - - Mid-Amer Apt Cmntys Inc. | A | Int./Div. | | | Sold | 01/31/17 | J | A | |
| 718. - - Mohawk Inds Inc. | | None | J | T | | | | | |
| 719. - - Mosaic Co | A | Int./Div. | J | T | | | | | |
| 720. - - Motorola Solutions, Inc. | A | Int./Div. | J | T | | | | | |
| 721. - - Nasdaq, Inc. | A | Int./Div. | J | T | | | | | |
| 722. - - National Oilwell Varco | A | Int./Div. | J | T | | | | | |
| 723. - - Newfield Exploration | | None | J | T | Buy | 06/20/17 | J | | |
| 724. - - Navient Corp | A | Int./Div. | J | T | | | | | |
| 725. - - Newmont Mining Corp | A | Int./Div. | J | T | | | | | |
| 726. - - Nielsen Holdings PLC | A | Int./Div. | J | T | Buy | 12/26/17 | J | | |
| 727. - - Nisource, Inc. | A | Int./Div. | J | T | | | | | |
| 728. - - Noble Energy, Inc. | A | Int./Div. | J | T | | | | | |
| 729. - - Nordstrom Inc. | A | Int./Div. | J | T | Buy | 12/26/17 | J | | |
| 730. - - Northern Trust Corp | A | Int./Div. | J | T | | | | | |
| 731. - - NRG Energy, Inc. | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. - - Oneok, Inc. | A | Int./Div. | J | T | | | | | |
| 733. - - Parker-Hannifin Corp | A | Int./Div. | J | T | | | | | |
| 734. - - Pentair PLC | A | Int./Div. | J | T | | | | | |
| 735. - - Peoples UTD Financial | A | Int./Div. | J | T | | | | | |
| 736. - - Perrigo Company Limited | A | Int./Div. | J | T | | | | | |
| 737. - - Price T Rowe Group Inc. | A | Int./Div. | J | T | | | | | |
| 738. - - Principal Financial Group | A | Int./Div. | J | T | | | | | |
| 739. - - PVH Corp | A | Int./Div. | J | T | | | | | |
| 740. - - Qorvo Inc. | | None | J | T | | | | | |
| 741. - - Quest Diagnostics, Inc. | A | Int./Div. | J | T | | | | | |
| 742. - - Ralph Lauren Corp | A | Int./Div. | J | T | | | | | |
| 743. - - Range Res Corp | A | Int./Div. | J | T | | | | | |
| 744. - - Realty Income Corp | A | Int./Div. | J | T | | | | | |
| 745. - - Red Hat Inc | | None | J | T | | | | | |
| 746. - - Regions Financial Corp | A | Int./Div. | J | T | | | | | |
| 747. - -Robert Half Intl | A | Int./Div. | J | T | | | | | |
| 748. - -Rockwell Automation | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. --Rockwell Collins, Inc. | A | Int./Div. | J | T | | | | | |
| 750. -- Scana Corp | A | Int./Div. | J | T | | | | | |
| 751. -- Scripps Networks Interactive Inc. | A | Int./Div. | J | T | Buy | 04/11/17 | J | | |
| 752. -- Sealed Air Corp | A | Int./Div. | | | Sold | 04/11/17 | J | | |
| 753. -- Signet Jewelers Ltd | A | Int./Div. | | | Sold | 03/07/17 | J | | |
| 754. -- Skyworks Solutions, Inc. | A | Int./Div. | J | T | | | | | |
| 755. -- SL Green Realty | A | Int./Div. | J | T | | | | | |
| 756. -- Smucker JM Co | A | Int./Div. | J | T | | | | | |
| 757. -- Snap-on, Inc. | A | Int./Div. | J | T | | | | | |
| 758. -- Southwestern Energy Corp | | None | | | Sold | 05/16/17 | J | | |
| 759. -- Stanley Black & Decker | A | Int./Div. | J | T | | | | | |
| 760. -- Staples, Inc. | A | Int./Div. | | | Sold | 01/31/17 | J | | |
| 761. -- Stericycle, Inc. | A | Int./Div. | | | Sold | 08/29/17 | J | | |
| 762. -- Symantec Corp | A | Int./Div. | J | T | | | | | |
| 763. -- Tegna, Inc. | A | Int./Div. | | | Sold | 10/03/17 | J | | |
| 764. -- Tesoro Corp | A | Int./Div. | | | Sold | 10/03/17 | J | | |
| 765. --Textron, Inc. | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. - - Tiffany & Co. | A | Int./Div. | J | T | | | | | |
| 767. - -Torchmark Corp | A | Int./Div. | J | T | | | | | |
| 768. - - Tractor Supply Co. | A | Int./Div. | J | T | | | | | |
| 769. - - Tripadvisor, Inc. | | None | J | T | | | | | |
| 770. - - Under Armour, Inc. | | None | J | T | | | | | |
| 771. - - Universal Health Services, Inc. | A | Int./Div. | | | Sold | 08/29/17 | J | | |
| 772. - - Varian Medical Systems Inc. | | None | J | T | | | | | |
| 773. - - Verisk Analytics Inc. | | None | | | Sold | 04/11/17 | J | | |
| 774. - - Viacom Inc. New CL B | A | Int./Div. | J | T | | | | | |
| 775. - - Vornado Realty TR | A | Int./Div. | J | T | | | | | |
| 776. - - Vulcan Materials Co. | A | Int./Div. | J | T | | | | | |
| 777. - - Waters Corp Com | | None | J | T | | | | | |
| 778. - - WEC Energy Group | A | Int./Div. | J | T | | | | | |
| 779. - - Western Digital Corp | A | Int./Div. | J | T | | | | | |
| 780. - -Western Union Co | A | Int./Div. | J | T | | | | | |
| 781. - - Westrock Co. | A | Int./Div. | J | T | | | | | |
| 782. - - Weyerhaeuser Co | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 783. - - Whirlpool Corp | A | Int./Div. | J | T | | | | | |
| 784. - - Whole Foods Market, Inc. | A | Int./Div. | | | Sold | 08/28/17 | J | A | |
| 785. - - Willis Towers Watson PLC | A | Int./Div. | J | T | | | | | |
| 786. - - Wynn Resorts, Ltd. | A | Int./Div. | J | T | | | | | |
| 787. - - Xerox Corp | A | Int./Div. | | | Sold | 08/28/17 | J | | |
| 788. - - Xilinx, Inc. | A | Int./Div. | J | T | | | | | |
| 789. - - XYLEM Inc. | A | Int./Div. | J | T | Buy | 04/11/17 | J | | |
| 790. - - Zions Bancorp | A | Int./Div. | J | T | | | | | |
| 791. - - Chesapeake Energy Corp | | None | J | T | | | | | |
| 792. - - Envision Healthcare Corp | | None | | | Sold | 04/11/17 | J | | |
| 793. - - ILG Inc. | A | Int./Div. | J | T | | | | | |
| 794. - - Ingevity Corp | A | Int./Div. | J | T | | | | | |
| 795. - - Legg Mason Inc. | A | Int./Div. | J | T | | | | | |
| 796. - -MFC Ishares Trust Core S&P Small Cap ETF | B | Int./Div. | L | T | | | | | |
| 797. - -MFO DFA US Small Cap Portfolio | A | Int./Div. | L | T | | | | | |
| 798. - - Southwest Energy Co | A | Int./Div. | | | Sold | 01/31/17 | J | | |
| 799. - - Patterson Cos, Inc. | A | Int./Div. | J | T | Buy | 01/31/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. - - Teradata Corp | | None | J | T | | | | | |
| 801. - -MFB Northern Intl Equity Index Fund | C | Int./Div. | M | T | | | | | |
| 802. - -MFC FlexShares TR Mornginstar Dev Market Ex US Factor Fd | C | Int./Div. | M | T | | | | | |
| 803. - -MFC Spdr Index Shs Fds Dow Jones Intl Real Estate ETF | D | Int./Div. | L | T | | | | | |
| 804. - - MFO DFA INtl Small Co Portfolio Fund | B | Int./Div. | K | T | | | | | |
| 805. - - Micro Focus Intl PLC Sponsored ADR New Spon ADR | | None | J | T | Buy | 04/11/17 | J | | |
| 806. - -MFO Neuberger Berman Equity Fds Intl Institutional Fund | B | Int./Div. | M | T | | | | | |
| 807. - -MFB Northern Funds Multi-Manager Emerging Mkts Fund | A | Int./Div. | K | T | | | | | |
| 808. - -MFB Northern Funds Emerging Mkts Equity Index Fund | A | Int./Div. | K | T | | | | | |
| 809. - - MFC Flexshares TR Morningstar Emerging Mktsfact | A | Int./Div. | K | T | | | | | |
| 810. - - MFO DFA Invt Dimensions Group, Inc. Emerging Mkts Core | B | Int./Div. | K | T | | | | | |
| 811. - - Altaba Inc. | | None | J | T | Buy | 01/31/17 | J | | |
| 812. - - Andeavor Com | A | Int./Div. | J | T | Buy | 01/31/17 | J | | |
| 813. - - APTIV PLC Com | A | Int./Div. | J | T | Buy | 01/31/17 | J | | |
| 814. - - Baker Hughes A GE Co | A | Int./Div. | J | T | Buy | 08/29/17 | J | | |
| 815. - - CNX Resources | | None | J | T | Buy | 01/31/17 | J | | |
| 816. - - Advansix Inc. | | None | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. - - Com Alcoa Corp | | None | J | T | | | | | |
| 818. - - Dell Technologies (merged w/EMC Corp Line 427) | | None | J | T | | | | | |
| 819. - - Safeway Casa Ley NPV | | None | J | T | | | | | |
| 820. - - Safeway PDC LLV CVR | | None | J | T | | | | | |
| 821. - - Tapestry, Inc. | A | Int./Div. | J | T | Buy | 01/31/17 | J | | |
| 822. - - Varex Imaging Corp | | None | J | T | Buy | 01/31/17 | J | | |
| 823. - - Topbuild Corp | | None | J | T | | | | | |
| 824. - - Urban Edge PPTYS | A | Int./Div. | J | T | | | | | |
| 825. - - Enbridge Inc. | A | Int./Div. | J | T | Buy | 10/03/17 | J | | |
| 826. - - MFO Blackrock Rds High Yield Portfolio Instl CL | C | Int./Div. | L | T | | | | | |
| 827. - - Alaska Mun Bd Bk Alaska Mun Bd 5.0% | C | Int./Div. | L | T | | | | | |
| 828. - - New York, NY 5.0% | C | Int./Div. | L | T | | | | | |
| 829. - - Olathe Kansas 4.0% | C | Int./Div. | L | T | | | | | |
| 830. - -Texas State 5.0% | C | Int./Div. | L | T | | | | | |
| 831. - - Alpine Utah Sch Dist 5.0% | C | Int./Div. | L | T | | | | | |
| 832. - - Duchesne Cnty Utah Sch Dist 5.0% | C | Int./Div. | L | T | | | | | |
| 833. - -Eagel Garfield & Routt County Colorado School Dist 5.0% | C | Int./Div. | | | Sold | 06/07/17 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. - - Florida State 5.0% due 7.1.2020 | C | Int./Div. | L | T | | | | | |
| 835. - - Grand Prarie, TX Indpt Sch Dist 5.0% | C | Int./Div. | L | T | | | | | |
| 836. - - Montgomery Cnty Tenn, 5.0% | C | Int./Div. | L | T | | | | | |
| 837. - - New York State Dorm Auth St Pers Income Tax Rev 5.0% | C | Int./Div. | | | Sold | 08/17/17 | L | | |
| 838. - - Ohio State 5.0% | C | Int./Div. | L | T | | | | | |
| 839. - - University Texas Univ Revs 5.0% | C | Int./Div. | L | T | | | | | |
| 840. - - Fairfax County VA 5.0% | C | Int./Div. | L | T | | | | | |
| 841. - - University of Texas Perm Univ Fd 5.0% | C | Int./Div. | L | T | | | | | |
| 842. - - California State 5.5% | D | Int./Div. | M | T | | | | | |
| 843. - - Los Angeles Calif Uni Sch Dist 5.% | C | Int./Div. | L | T | Buy | 05/17/17 | L | | |
| 844. - - Maryland ST 5.0% | C | Int./Div. | L | T | Buy | 08/17/17 | L | | |
| 845. - - Metropolitan Tans Auth NY Rev 5.% | C | Int./Div. | L | T | Buy | 09/20/17 | L | | |
| 846. - - Clark County Nevada School District 5.0% | C | Int./Div. | L | T | Buy | 06/21/17 | L | | |
| 847. - - Bay Area Toll Auth Calif Toll Brdg Rev 2.0% | B | Int./Div. | M | T | Buy | 08/09/17 | M | | |
| 848. - - Virginia College Bldg Auth 5.0% | C | Int./Div. | | | Sold | 08/08/17 | L | | |
| 849. - - Baltimore Cnty Md 5.0% | C | Int./Div. | L | T | | | | | |
| 850. - - Overland Park, Kansas 5.0% | C | Int./Div. | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. - - Pennsylvania State 5.0% | C | Int./Div. | | | Sold | 09/18/17 | L | | |
| 852. - - Washington State 5.0% | C | Int./Div. | L | T | | | | | |
| 853. - - MFB Northern Fds High Yield Muni Fund | C | Int./Div. | L | T | | | | | |
| 854. - - MFC Flexshares TR IBOXX 3 year target Tips Index Fund | A | Int./Div. | L | T | | | | | |
| 855. - -MFC Flexshares TR IBOXX 5 year target Tips Index Fund | A | Int./Div. | K | T | | | | | |
| 856. - - MFO DFA Intl Small Co Portfolio Fund | B | Int./Div. | K | T | | | | | |
| 857. - -MFB Northern Funds Mun Money Market Fund | A | Int./Div. | J | T | | | | | |
| 858. - - MFC FlexShares Tr Morningstar Global Upstream Nat Res | A | Int./Div. | L | T | | | | | |
| 859. - - MFC IShares Gold Trust | A | Dividend | J | T | | | | | |
| 860. - LTR 2010 TR - Morgan Stanley Inv. Acct (lines 861-891) | | | | | | | | | |
| 861. - - Morgan Stanley Money Market Account | A | Interest | M | T | | | | | |
| 862. - - Morgan Stanley Bank N.A. Deposit Program | | None | | | Distributed | 01/03/17 | J | | |
| 863. - - Morgan Stanley Private Bank, N.A. Deposit Program | | None | | | Distributed | 01/03/17 | J | | |
| 864. - - First Trust Dorsey Wright FO (FV) | B | Int./Div. | M | T | | | | | |
| 865. - - First Trust North American E (EMLP) | B | Int./Div. | | | Sold | 06/13/17 | M | | |
| 866. - - Ishares Core U.S. Aggregate | D | Int./Div. | M | T | | | | | |
| 867. - - Ishares JP Morgan EM Bond ETF (EMB) | C | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. - - IShares S&P Mid-Cap 400 G ETF | B | Int./Div. | M | T | | | | | |
| 869. - - IShares S&P Small Cap 600 V ETF | B | Int./Div. | M | T | | | | | |
| 870. - -IShares Short Maturity Bond | B | Int./Div. | M | T | | | | | |
| 871. - - Ishares Small Cap 600 G ETF (IJT) | B | Int./Div. | M | T | | | | | |
| 872. - - Vanguard Growth ETF | C | Int./Div. | N | T | | | | | |
| 873. - - Vanguard Index Fds S&P 500 ETF (V00) | D | Int./Div. | N | T | | | | | |
| 874. - - Vanguard Mid Cap Value ETF (VOE) | C | Int./Div. | M | T | | | | | |
| 875. - - Vanguard REIT ETF | D | Int./Div. | M | T | | | | | |
| 876. - - Vanguard Value ETF Index | D | Int./Div. | N | T | | | | | |
| 877. - - Miami-Dade Cnty FL Edl Facs Auth Rev | A | Interest | | | Sold | 04/03/17 | M | | |
| 878. - - Detroit Mich Sew Disp Rev Ref Ser-A | C | Interest | L | T | | | | | |
| 879. - -Philadelphia PA Wtr & Waste Wtr Rev Ref Ser - A | B | Interest | | | Sold | 08/01/17 | L | | |
| 880. - -Chicago Ill Genl Oblig Proj & Ref Ser-A | C | Interest | M | T | | | | | |
| 881. - -Florida St Dept Env Protn Preservation Rev Ser B | D | Interest | M | T | | | | | |
| 882. - - Sunrrise, FL Util Sys Rev Rfdg | D | Interest | M | T | | | | | |
| 883. - - Allegheny Cnty PA Genl Oblig | D | Interest | M | T | | | | | |
| 884. - - Nevada State Sys of Higher Edu Univ Rev Ser-A | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. - - Wisconsin St Health & Edl Facs Auth Rev B-3 Marquette U | D | Interest | M | T | | | | | |
| 886. - - Blackrock Global Allocation I | B | Int./Div. | M | T | | | | | |
| 887. - - Blackstone Alt Mult-Strat Inst (BXMIX) | A | Int./Div. | M | T | | | | | |
| 888. - - First Eagle Global I | B | Int./Div. | N | T | | | | | |
| 889. - - Harding Loevner INtl Eqty Inst (HLMIX) | A | Int./Div. | N | T | | | | | |
| 890. - - Janus Flexible Bond I (JFLEX) | D | Int./Div. | N | T | | | | | |
| 891. - - Virtus Insight Emerg Mkts I (HIEMX) | A | Int./Div. | M | T | | | | | |
| 892. L Fam TR BW (son's interest) | | | | | | | | | |
| 893. - - 45% Membership Int in LFT, LLC | B | Int./Div. | P1 | T | | | | | |
| 894. - - Wells Fargo checking account (fna Wachovia) | A | Interest | J | T | | | | | |
| 895. - - 1% Membership interest in Unit 610, LLC (Snowmass, CO) | A | Rent | J | W | | | | | |
| 896. - - 5% Membership interest in HBF Investments, LLC | B | Distribution | J | T | | | | | |
| 897. - UBS Acct #1 | | | | | | | | | |
| 898. - - Clearbridge Aggresive Growth Fund | A | Int./Div. | K | T | | | | | |
| 899. - - Salient MLP & Energy Infrastructure Fund | A | Int./Div. | J | T | | | | | |
| 900. - - Smead Value Fund | A | Int./Div. | L | T | | | | | |
| 901. - - UBS Bank USA Dep Acct | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. - - Alphabet Inc. CL A | A | Int./Div. | J | T | | | | | |
| 903. - - Alphabet Inc. CL C | A | Int./Div. | J | T | | | | | |
| 904. - - Apple Inc. | A | Int./Div. | J | T | | | | | |
| 905. - - Berkshire Hathaway, Inc. | A | Int./Div. | K | T | | | | | |
| 906. - - Bioverative, Inc. (f/n/a Biogen, Inc.) | A | Int./Div. | K | T | | | | | |
| 907. - - Canopy Growth Corp | A | Int./Div. | J | T | Buy | 11/08/17 | J | | |
| 908. - - Blackberty Ltd | A | Int./Div. | | | Sold | 02/15/17 | J | | |
| 909. - - Celegene Corp | A | Int./Div. | J | T | | | | | |
| 910. - - Facebook Inc. CL A | A | Int./Div. | J | T | | | | | |
| 911. - - Fanc Corp ADR | A | Int./Div. | J | T | Buy | 03/17/17 | J | | |
| 912. - - Ferrari NV New EUR | A | Int./Div. | J | T | | | | | |
| 913. - - GW Pharmaceuticals | A | Int./Div. | J | T | | | | | |
| 914. - - Insys Therapeutics Inc. | A | Int./Div. | J | T | | | | | |
| 915. - - LVMH Moet Hennessy Louis | A | Int./Div. | J | T | | | | | |
| 916. - - Microsoft Corp | A | Int./Div. | J | T | | | | | |
| 917. - - Nike Inc., CL B | A | Int./Div. | J | T | | | | | |
| 918. - - Oracle Corp | A | Int./Div. | J | T | Buy | 10/26/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919.  - - Paypal Holdings | A | Int./Div. | | | Sold | 03/21/17 | J | | |
| 920.  - - Starbucks Corp | A | Int./Div. | J | T | | | | | |
| 921.  - - T-Mobile US Inc. | A | Int./Div. | J | T | Buy | 05/19/17 | J | | |
| 922.  - - Tesla Motors | A | Int./Div. | | | Sold | 03/21/17 | J | | |
| 923.  - - Twilio Inc. | A | Int./Div. | J | T | | | | | |
| 924.  - - Twitter Inc. | A | Int./Div. | J | T | | | | | |
| 925.  - - Under Armour Inc. CL A | A | Int./Div. | | | Sold | 01/04/17 | J | | |
| 926.  - - Under Armour Inc. CL C | A | Int./Div. | | | Sold | 01/04/17 | J | | |
| 927.  - - Visa Inc. | A | Int./Div. | J | T | | | | | |
| 928.  - - Walt Disney Co. | A | Int./Div. | J | T | | | | | |
| 929.  - UBS Acct #2 | | | | | | | | | |
| 930.  - - UBS Bank USA Dep Acct | A | Int./Div. | J | T | | | | | |
| 931.  - - Accenture PLC Ireland | A | Int./Div. | J | T | | | | | |
| 932.  - - Blackrock Inc. | A | Int./Div. | J | T | | | | | |
| 933.  - - British Amer Tobacco PLC | A | Int./Div. | J | T | | | | | |
| 934.  - - Chevron Corp | A | Int./Div. | J | T | Buy | 01/09/17 | J | | |
| 935.  - - Chubb Ltd | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 936. - - Coca Cola Co. | A | Int./Div. | J | T | | | | | |
| 937. - - Colgate Palmolive Co | A | Int./Div. | J | T | | | | | |
| 938. - - Crane Co | A | Int./Div. | J | T | | | | | |
| 939. - - CVS Health Corp | A | Int./Div. | | | Sold | 12/18/17 | J | | |
| 940. - - Diageo PLC | A | Int./Div. | J | T | | | | | |
| 941. - - Exxon Mobil Corp | A | Int./Div. | | | Sold | 01/24/17 | J | | |
| 942. - - Home Depot Inc. | A | Int./Div. | J | T | | | | | |
| 943. - - Intel Corp | A | Int./Div. | J | T | | | | | |
| 944. - - Invesco Ltd | A | Int./Div. | J | T | | | | | |
| 945. - - Johnson Controls | A | Int./Div. | | | Sold | 06/12/17 | J | | |
| 946. - - Johnson & Johnson | A | Int./Div. | J | T | Buy | 06/12/17 | J | | |
| 947. - - Lockheed Martin Corp | A | Int./Div. | J | T | | | | | |
| 948. - - Marsh & McLennan Cos | A | Int./Div. | J | T | | | | | |
| 949. - - McDonalds Corp | A | Int./Div. | J | T | | | | | |
| 950. - - Medtronic PLC | A | Int./Div. | J | T | | | | | |
| 951. - - Microsoft Corp | A | Int./Div. | J | T | | | | | |
| 952. - - Nextera Energy Inc. | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953. - - Nordstrom Inc. | A | Int./Div. | | | Sold | 09/11/17 | J | A | |
| 954. - - Novartis AG | A | Int./Div. | J | T | | | | | |
| 955. - - Pepsico Inc. | A | Int./Div. | J | T | | | | | |
| 956. - - Praxair, Inc. | A | Int./Div. | J | T | | | | | |
| 957. - - Rockwell Automation Inc. | A | Int./Div. | J | T | | | | | |
| 958. - - Suncor Energy Inc. | A | Int./Div. | J | T | Buy | 01/24/17 | J | | |
| 959. - - Texas Instruments | A | Int./Div. | J | T | | | | | |
| 960. - - Union Pacific Corp | A | Int./Div. | J | T | | | | | |
| 961. - - United Technologies | A | Int./Div. | J | T | | | | | |
| 962. - - VF Corp | A | Int./Div. | J | T | | | | | |
| 963. - - IShares Select Dividend ETF | A | Int./Div. | | | Sold | 01/09/17 | J | A | |
| 964. L Fam TR FW (daughter's interest) | | | | | | | | | |
| 965. - - 45% Membership Int in LFT, LLC | B | Int./Div. | P1 | T | | | | | |
| 966. - - Wells Fargo checking account (fna Wachovia) | A | Interest | J | T | | | | | |
| 967. - - 1% Membership interest in Unit 610, LLC (Snowmass, CO) | A | Rent | J | W | | | | | |
| 968. - - 5% Membership interest in HBF Investments, LLC | B | Distribution | J | T | | | | | |
| 969. Promissory Note from LFT-BW | F | Interest | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970. Promissory Note from LFT-FW | F | Interest | P1 | T | | | | | |
| 971. Promissory Note from LFT-FL | D | Interest | M | T | | | | | |
| 972. Promissory Note from LFT-AL | D | Interest | M | T | | | | | |
| 973. W Fam Foundation, Director and President | | | | | | | | | |
| 974. - - Raymond James Bank Dep Program | A | Interest | J | T | | | | | |
| 975. - - Blackrock Strategic Inc. Opportunites Port Instl | A | Int./Div. | K | T | | | | | |
| 976. - - BMO Low Volatility Equity Fund Class A | A | Int./Div. | K | T | | | | | |
| 977. - - Dodge & Cox Income Fund | B | Int./Div. | K | T | | | | | |
| 978. - - Lateef Fund I | A | Int./Div. | | | Sold | 02/09/17 | K | | |
| 979. - - Nuveen Santa Barbara Growth A | A | Int./Div. | L | T | | | | | |
| 980. - -Osterweis Strat Income Fund | B | Int./Div. | K | T | | | | | |
| 981. - - First Eagle Fund of America CL A | A | Int./Div. | K | T | | | | | |
| 982. - - MFS International Growth FUnd Class I N/L | A | Int./Div. | K | T | Buy | 02/13/17 | K | | |
| 983. - - Gotham Absolute Return Fund | A | Int./Div. | | | Sold | 04/07/17 | J | | |
| 984. - -Litman Gregory Masters Alternative Strgy Fund | A | Int./Div. | J | T | | | | | |
| 985. - - Parnassus Core Euqity Fund Investor Class N/L | A | Int./Div. | K | T | | | | | |
| 986. R Fam. Foundation, Director | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987. - - FMI Large Cap Fund - Inst | A | Int./Div. | L | T | Buy | 02/01/17 | L | | |
| 988. - - Primecap Odyssey Stock Fund | A | Int./Div. | K | T | | | | | |
| 989. - - SIT MUT FDS Inc Dividend Growth | A | Int./Div. | K | T | | | | | |
| 990. - - SPDR S&P 500 ETF Trust | C | Int./Div. | N | T | | | | | |
| 991. - - AMG Managers Fairpointe Mid Cap | A | Int./Div. | K | T | | | | | |
| 992. - - Ishares Core S&P Mid-Cap ETF | B | Int./Div. | | | Sold | 02/01/17 | K | D | |
| 993. - - Ishares Russell 2000 ETF | A | Int./Div. | | | Sold | 01/10/17 | K | B | |
| 994. - - SPDR S&P Oil & Gas Exp & PR | A | Int./Div. | J | T | Buy | 03/14/17 | J | | |
| 995. - - Artisan Intl Value Fund - Inv | A | Int./Div. | L | T | | | | | |
| 996. - - Duetsche X-Trackers MSCI EAF | B | Int./Div. | | | Sold | 02/01/17 | J | | |
| 997. - - Deutsche X-Trackers MSCI JAP | A | Int./Div. | | | Sold | 08/16/17 | K | B | |
| 998. - - Ishares MSCI All Country ASI | A | Int./Div. | | | Sold | 08/16/17 | K | C | |
| 999. - - Matthews Asia Dividend Inst | A | Int./Div. | K | T | | | | | |
| 1000. - - Dodge & Cox International Stock | A | Int./Div. | K | T | | | | | |
| 1001. - - Fidelity International Index Fund | A | Int./Div. | K | T | Buy | 11/30/17 | K | | |
| 1002. - - Oakmark International - Inst | A | Int./Div. | K | T | Buy | 05/04/17 | K | | |
| 1003. - - Xtrackers MSCI Europe Hedged Equity | A | Int./Div. | K | T | Buy | 10/25/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1004. - - Xtrackers MSCI Japan Hedged Equity | A | Int./Div. | K | T | Buy | 10/25/17 | K | | |
| 1005. - - Ishares MSCI India ETF | A | Int./Div. | K | T | | | | | |
| 1006. - - Lazard Emerg Mkt Eqy-Inst | A | Int./Div. | J | T | Buy | 09/20/17 | J | | |
| 1007. - -Neuberger Ber GR China EQ-IS | A | Int./Div. | J | T | | | | | |
| 1008. - - Vanguard FTSE Europe ETF | A | Int./Div. | K | T | | | | | |
| 1009. - - AQR Equity Market Neutral - R6 | A | Int./Div. | K | T | | | | | |
| 1010. - - AQR Long-Short Equity R6 | A | Int./Div. | J | T | Buy | 10/19/17 | J | | |
| 1011. - - Blackstone Alt Multi-Strat Y | A | Int./Div. | L | T | Buy | 07/05/17 | L | | |
| 1012. - - Chilton Strategic European Equities | A | Int./Div. | K | T | | | | | |
| 1013. - - The Arbitrage Fd-I | A | Int./Div. | J | T | Buy | 10/19/17 | J | | |
| 1014. - - Eaton Vance Mut Fds TR Global Macro - I | A | Int./Div. | | | Sold | 07/05/17 | K | | |
| 1015. - - Equinox Funds TR | A | Int./Div. | | | Sold | 07/25/17 | K | | |
| 1016. - - Goldman Sachs TR | A | Int./Div. | | | Sold | 07/05/17 | K | | |
| 1017. - - Neuberger Berman Long Sh-Ins | A | Int./Div. | | | Sold | 08/16/17 | K | | |
| 1018. - - Pimco Mtge Opportunities - P | A | Int./Div. | | | Sold | 07/05/17 | K | | |
| 1019. - - Ishares Cohen & Steers Realty Majors | B | Int./Div. | | | Sold | 08/16/17 | K | | |
| 1020. - - Prudential Global Real Est-Z | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1021. - - Tortoise MLP & Pipeline -Inst | A | Int./Div. | K | T | | | | | |
| 1022. - - SPDR Gold Shares | A | Int./Div. | K | T | | | | | |
| 1023. - - Doubleline FDS TR | C | Int./Div. | L | T | | | | | |
| 1024. - - JPM Prime MM FD - Instl | A | Int./Div. | J | T | Buy | 04/28/17 | J | | |
| 1025. - - Dodge & Cox Income Fund | A | Int./Div. | K | T | | | | | |
| 1026. - - Schwab U.S. Tips ETF | A | Int./Div. | K | T | Buy | 08/02/17 | K | | |
| 1027. - - Ishares Barclays TIPS Bond Fund | A | Int./Div. | | | Sold | 08/02/17 | K | | |
| 1028. - - Vanguard Total Bond Market Index Fund | A | Int./Div. | K | T | | | | | |
| 1029. - - Blackrock High Yield Bond | C | Int./Div. | L | T | | | | | |
| 1030. Brokerage Acct #10 (Baird) | | | | | | | | | |
| 1031. - - Money Market Fund | B | Dividend | N | T | | | | | |
| 1032. - - Amgen, Inc. | C | Dividend | M | T | Buy | 01/05/17 | M | | |
| 1033. - - Apple, Inc. | C | Dividend | M | T | | | | | |
| 1034. - - Ash Grove Cem Co. | B | Dividend | N | T | | | | | |
| 1035. - - Automatic Data Processing | D | Dividend | O | T | | | | | |
| 1036. - - Berkshire Hathaway Inc. Del CL A Fmly Common | | None | N | T | | | | | |
| 1037. - - Boswell JG CO Com | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1038. - - Bristol Myers Squibb | D | Dividend | M | T | | | | | |
| 1039. - - Broadridge Financial Solutions | D | Dividend | N | T | Sold (part) | 03/16/17 | M | G | |
| 1040. - - Brown-Forman Corp CL B | A | Dividend | L | T | Buy | 03/23/17 | L | | |
| 1041. - - Coca Cola Co. | D | Dividend | | | Sold | 03/07/17 | M | F | |
| 1042. - - Walt Disney Co. | C | Dividend | M | T | Sold (part) | 10/12/17 | J | | |
| 1043. - - Entergy New Orleans PFD | D | Dividend | | | Redeemed | 11/15/17 | M | E | |
| 1044. - - Exxon Mobil Corp | D | Dividend | M | T | | | | | |
| 1045. - - General Electric Company | D | Dividend | | | Sold | 01/03/17 | N | F | |
| 1046. - - Johnson & Johnson | C | Dividend | M | T | | | | | |
| 1047. - - Merck & Co, Inc. New Com N/C | D | Dividend | N | T | | | | | |
| 1048. - - Microsoft Corp. | D | Dividend | N | T | | | | | |
| 1049. - - Nestle SA Spon | D | Dividend | N | T | | | | | |
| 1050. - - Novo-Nordisk AS ADR | D | Dividend | N | T | | | | | |
| 1051. - - NSTAR Elec Co PFD | D | Dividend | M | T | | | | | |
| 1052. - - PAC CAR Inc Com | D | Dividend | N | T | | | | | |
| 1053. - - Paychex, Inc. | D | Dividend | M | T | | | | | |
| 1054. - - Proctor & Gamble Company | D | Dividend | | | Sold | 09/15/17 | M | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1055. - - Rayonier, Inc. | C | Dividend | L | T | | | | | |
| 1056. - - Raytheon Co. New | D | Dividend | N | T | | | | | |
| 1057. - - Royal Dutch Shell PLC Spons ADR Repstg B SHS | D | Dividend | M | T | | | | | |
| 1058. - - Smuker JM Co New | D | Dividend | | | Sold | 09/15/17 | M | E | |
| 1059. - - Tesla Mtrs Inc. | | None | M | T | Sold (part) | 01/03/17 | K | E | |
| 1060. - - Time Warner, Inc. NEW | B | Dividend | L | T | | | | | |
| 1061. - - US Bancorp DE | D | Dividend | M | T | | | | | |
| 1062. - - Ventas, Inc. | D | Dividend | M | T | | | | | |
| 1063. - - WTB Finl Corp CMT CL B COM Non Vtg | C | Dividend | N | T | | | | | |
| 1064. - - Welltower, Inc. (name change from Health Care Reit) | D | Dividend | M | T | | | | | |
| 1065. - -Weyerhaeuser Co. | D | Dividend | M | T | | | | | |
| 1066. - -XYLEM, Inc. | D | Dividend | O | T | | | | | |
| 1067. - - Baird Chautauqua Intl Growth Instl CL | A | Dividend | M | T | Buy | 03/17/17 | M | | |
| 1068. - -Ann Arbor Mich Trans FDR REF | B | Interest | M | T | | | | | |
| 1069. - -Baltimore Cnty, MD CTFS | D | Interest | | | Sold | 09/15/17 | N | D | |
| 1070. - -Benton Cnty, Wash GO Ser 2003 | D | Interest | M | T | | | | | |
| 1071. - -Georgia State GO BDS Ser 2007 | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1072. - - King Cnty, Wash Ltd Tax GO | D | Interest | N | T | | | | | |
| 1073. - - Battle Creek Mich LTD GO REF BDS | D | Interest | | | Redeemed | 05/03/17 | M | | |
| 1074. - - Three Rivers Mich Cmnty SCHS GO | C | Interest | M | T | | | | | |
| 1075. - - Oregon State Dept Trans | C | Interest | M | T | | | | | |
| 1076. - - Utah State GO BDS Ser 2009C | D | Interest | M | T | | | | | |
| 1077. - - Oakland County, Michigan Bldg Auth Rev | C | Interest | N | T | | | | | |
| 1078. - - Michigan Muni Bd Auth Rev Clean Water | B | Interest | L | T | | | | | |
| 1079. - - King Co Washington Sch Dist No 411 | D | Interest | N | T | | | | | |
| 1080. - - Minnesota State GO ST Truck SWY Bds | D | Interest | | | Sold | 08/25/17 | N | E | |
| 1081. - - North Thurston Pub Schls Washington GO Ref Bds | C | Interest | M | T | | | | | |
| 1082. - - Overland Park KS Internal | C | Interest | M | T | | | | | |
| 1083. - - San Antonio Tex Gen Impt Bds | E | Interest | | | Sold | 08/25/17 | N | D | |
| 1084. - - Columbus, Ohio Various Purpose Series A | D | Interest | M | T | | | | | |
| 1085. - - Seattle, Wash GO Impt Bds | C | Interest | M | T | | | | | |
| 1086. - -Houston, TX Indpt Sch Dist RFDG Ser A | D | Interest | M | T | | | | | |
| 1087. - - Alpine, UT Sch Dist Sch Bldg | D | Interest | | | Sold | 08/25/17 | N | D | |
| 1088. - - Conroe, TX Indpt Sch Dist | D | Interest | | | Sold | 08/25/17 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1089. - - Washington Cnty, MD Pub Impt B/E | D | Interest | | | Sold | 08/25/17 | M | D | |
| 1090. - -College Station, TX Indpt Sch Dist Sch Bldg | D | Interest | | | Sold | 08/25/17 | M | D | |
| 1091. - - Ft Worth, TX Indpt Sch Dist Sch Bldg Rev B/E | D | Interest | | | Sold | 08/25/17 | N | E | |
| 1092. - - King Cnty WA Sch Dist 411 Issaquah Rfdg B/E | B | Interest | L | T | | | | | |
| 1093. - - Maryland State St & Local FAC | D | Interest | N | T | | | | | |
| 1094. - - Charlottesville, VA RFDG & PUB IMPT | D | Interest | | | Sold | 08/25/17 | N | D | |
| 1095. - - Bloomfield Hills MI Schs Dist | C | Interest | M | T | | | | | |
| 1096. - - Livingston Co MI RFDG | D | Interest | N | T | | | | | |
| 1097. - -Ann Arbor, MI Sch Dist | C | Interest | M | T | | | | | |
| 1098. - - Raleigh NC Rfdg Ser A | B | Interest | L | T | Buy | 02/06/17 | L | | |
| 1099. - - Birmingham, MI RFDG B/E PTC | C | Interest | L | T | Buy | 01/24/17 | L | | |
| 1100. - - King Co. WA School Dist 415 Ken B/E | A | Interest | K | T | Buy | 04/03/17 | K | | |
| 1101. - - Parker Co. TX B/E PTC | B | Interest | K | T | Buy | 02/22/17 | K | | |
| 1102. - - Seattle WA Drain & Wstwtr Rev RFDG | A | Interest | K | T | Buy | 02/08/17 | K | | |
| 1103. Brokerage Acct #11 (U.S. TRUST) | | | | | | | | | |
| 1104. - - BOFA Tax Exempt Reserves | D | Interest | N | T | | | | | |
| 1105. - - Eaton Vance Income Fund Boston CL I | C | Dividend | | | Sold | 03/16/17 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1106. - - IShares TR Cohen & Steers Realty | D | Dividend | | | Sold | 03/20/17 | N | G | |
| 1107. - - Ishares Core S&P Mid Cap ETF | B | Dividend | M | T | Buy | 02/21/17 | M | | |
| 1108. - - CEF Ishares Core S&P Small Cap | B | Dividend | M | T | Buy | 02/21/17 | M | | |
| 1109. - - IShares MSCI EAFE ETF | D | Dividend | M | T | | | | | |
| 1110. - - Ishares Core MISCI Emerging Markets | D | Dividend | N | T | Buy | 02/21/17 | N | | |
| 1111. - - Lancaster Co. Neb Sch Dis GO Bond | D | Interest | N | T | | | | | |
| 1112. - - Gwinnett Cnty GA, Wtr & Sewer BDS | D | Interest | N | T | | | | | |
| 1113. - - Brazos Cnty Tex CTFS of OBL LTD Bonds | D | Interest | M | T | | | | | |
| 1114. - - Pigeon Forge Tenn GO Ref Bonds | D | Interest | M | T | | | | | |
| 1115. - - Ithaca City NY Pub Imp Bds | D | Interest | | | Sold | 01/17/17 | N | | |
| 1116. - - Ohio State Wtr Dev Auth | D | Interest | | | Sold | 06/01/17 | N | | |
| 1117. - - Cedar Park, Tex GO Ref Bonds | D | Interest | N | T | | | | | |
| 1118. - - Sedgwick County Kansas Sch Dist Bd | D | Interest | M | T | | | | | |
| 1119. - - Clark Cnty Nev for Issues dtd GO LTD Tax Trans Ref Bds | D | Interest | | | Sold | 09/15/17 | N | B | |
| 1120. - - Madison Cnty Miss Sch Dist Bonds | D | Interest | N | T | | | | | |
| 1121. - - Hillsborough Cnty Fla Environmental BD | D | Interest | N | T | | | | | |
| 1122. - - Excelsior Hedge Fund Direct LP Kingdon Associates | A | Dividend | | | Sold | 03/09/17 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,000 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1123. - - OZDPII Access LLC Class I | A | Dividend | | | Sold | 01/19/17 | N | G | |
| 1124. - - State Univ Iowa Rev Recreational Facs Rev | D | Interest | M | T | Buy | 07/06/17 | M | | |
| 1125. - - Franklin Ftlg Rate Daily Access | C | Dividend | M | T | Buy | 03/16/17 | M | | |
| 1126. - - AQR Long-Short Equity Fund | D | Int./Div. | N | T | Buy | 04/24/17 | N | | |
| 1127. - Brokerage Account #11 US Trust Sub-Acct B | | | | | | | | | |
| 1128. - - BOFA Tax Exempt Money Fund | A | Int./Div. | J | T | | | | | |
| 1129. - - Adient PLC Ireland | A | Dividend | J | T | | | | | |
| 1130. - - Altria Group, Inc. | A | Dividend | J | T | | | | | |
| 1131. - - AT&T | B | Dividend | J | T | | | | | |
| 1132. - - BCE, Inc. | A | Dividend | | | Sold | 02/14/17 | J | | |
| 1133. - - Boeing Co | A | Dividend | J | T | | | | | |
| 1134. - - Chevron Corp | A | Dividend | K | T | | | | | |
| 1135. - - Chubb Ltd | A | Dividend | J | T | | | | | |
| 1136. - - Cisco Systems, Inc. | A | Dividend | J | T | | | | | |
| 1137. - - Conoco Philips | A | Dividend | J | T | | | | | |
| 1138. - - Corning, Inc. | A | Dividend | J | T | | | | | |
| 1139. - - DuPont El De Nemours & Co. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1140. - - Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 1141. - - General Electric | A | Dividend | J | T | | | | | |
| 1142. - - Intel Corp | A | Dividend | J | T | | | | | |
| 1143. - - Johnson & Johnson | A | Dividend | J | T | | | | | |
| 1144. - - JP Morgan Chase & Co | A | Dividend | J | T | | | | | |
| 1145. - - Kimberly Clark | A | Dividend | J | T | | | | | |
| 1146. - - Lilly Eli & Co | B | Dividend | J | T | | | | | |
| 1147. - -Merck & Co Inc. | A | Dividend | J | T | | | | | |
| 1148. - - MetLife, Inc. | A | Dividend | J | T | | | | | |
| 1149. - - Microsoft Corp. | A | Dividend | J | T | | | | | |
| 1150. - - Nextera Energy | A | Dividend | J | T | | | | | |
| 1151. - - Philip Morris Intl | A | Dividend | J | T | | | | | |
| 1152. - - Pfizer, Inc. | A | Dividend | J | T | | | | | |
| 1153. - - Raytheon Co. | A | Dividend | J | T | | | | | |
| 1154. - - SunTrust Banks Inc. | A | Dividend | J | T | Buy | 12/19/17 | J | | |
| 1155. - - Travelers Cos, Inc. | A | Dividend | J | T | | | | | |
| 1156. - - Wells Fargo & Co New Com | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 73 of 79

**Name of Person Reporting**

White, Helene N.

**Date of Report**

01/24/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1157. - - 3M Co. | A | Dividend | J | T | | | | | |
| 1158. - - Brighthouse Financial Inc. | | None | J | T | Buy | 08/18/17 | J | | |
| 1159. - -Genuine Parts Co. | A | Dividend | J | T | | | | | |
| 1160. - - Astrazeneca PLC | A | Dividend | J | T | | | | | |
| 1161. - - Diagio PLC | A | Dividend | J | T | | | | | |
| 1162. - - HSBC Holdings | A | Dividend | J | T | | | | | |
| 1163. - - Johnson Controls Intl PLC | A | Dividend | J | T | | | | | |
| 1164. - - Novartis AG | A | Dividend | J | T | | | | | |
| 1165. - -Royal Dutch Shell PLC | B | Dividend | J | T | | | | | |
| 1166. - - Siemens AG | A | Dividend | J | T | Buy | 09/18/17 | J | | |
| 1167. - - Unilever NV | A | Dividend | J | T | | | | | |
| 1168. - - HCP Reit | A | Dividend | J | T | | | | | |
| 1169. - - Welltower, Inc. REITS | B | Dividend | J | T | | | | | |
| 1170. - Brokerage Account #11 US Trust Sub-Acct C | | | | | | | | | |
| 1171. - - BOFA Tax Exempt Fund | A | Int./Div. | J | T | | | | | |
| 1172. - - Activision Blizzard, Inc. | A | Dividend | J | T | Buy | 03/15/17 | J | | |
| 1173. - - Adobe Sys, Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 74 of 79

Name of Person Reporting

White, Helene N.

Date of Report

01/24/2019

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1174. - - Alphabet, Inc., Class C | | None | K | T | | | | | |
| 1175. - - Alphabet, Inc., Class A | | None | | | Sold | 02/14/17 | J | A | |
| 1176. - - Amazon | | None | K | T | | | | | |
| 1177. - - Apple, Inc. | A | Dividend | | | Sold | 02/03/17 | K | D | |
| 1178. - - Applied Materials | | Dividend | J | T | | | | | |
| 1179. - - Celegene Corp | A | Dividend | J | T | | | | | |
| 1180. - - CSX Corp | A | Dividend | J | T | Buy | 01/30/17 | J | | |
| 1181. - - Constellation Brands, Inc. | A | Dividend | | | Sold | 02/14/17 | K | A | |
| 1182. - - Edwards Lifesciences Corp | | None | K | T | | | | | |
| 1183. - - Facebook, Inc. | | None | K | T | | | | | |
| 1184. - - Goldman Sachs Group, Inc. | A | Dividend | J | T | | | | | |
| 1185. - - Halliburton Co. | A | Dividend | | | Sold | 02/14/17 | K | A | |
| 1186. - - Monster Beverage Corp | A | Dividend | K | T | | | | | |
| 1187. - - Nvidia Corp | A | Dividend | J | T | Buy | 08/16/17 | J | | |
| 1188. - - Nike, Inc., Class B | A | Dividend | | | Sold | 02/14/17 | K | | |
| 1189. - - O'Reilly Automotive | | None | | | Sold | 02/14/17 | K | A | |
| 1190. - - Paypal Holdings, Inc. | | None | J | T | Buy | 05/04/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 75 of 79

Name of Person Reporting

White, Helene N.

Date of Report

01/24/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1191. - - Priceline.com, Inc. New | | None | K | T | | | | | |
| 1192. - - Salesforce, com | | None | J | T | | | | | |
| 1193. - - Schwab Charles Corp New | A | Dividend | J | T | | | | | |
| 1194. - - Sherwin Williams Co. | A | Dividend | J | T | | | | | |
| 1195. - - Starbucks Corp | A | Dividend | J | T | | | | | |
| 1196. - - TJX Cos Inc. New | A | Dividend | J | T | Buy | 05/22/17 | J | | |
| 1197. - - Alexion Parmaceuticals, Inc. | | None | J | T | | | | | |
| 1198. - - Canandian PAC RY Ltd | A | Dividend | | | Sold | 01/30/17 | K | A | |
| 1199. - - Visa, Inc. | A | Dividend | K | T | | | | | |
| 1200. - - Zoetis, Inc. | A | Dividend | J | T | Buy | 02/22/17 | J | | |
| 1201. - - Acuity Brands Inc. | A | Dividend | | | Sold | 02/14/17 | K | | |
| 1202. - - Dexcom, Inc. | | None | | | Sold | 05/22/17 | J | | |
| 1203. - - Palo Alto Networks, Inc. | | None | | | Sold | 02/14/17 | K | A | |
| 1204. - - Red Hat Inc. | | None | K | T | | | | | |
| 1205. - - Sabre Corp | A | Dividend | | | Sold | 02/14/17 | J | | |
| 1206. - - Shire PLC | A | Dividend | | | Sold | 02/14/17 | K | | |
| 1207. - - Ulta Salon Cosmetics | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1208. - - Align Technology, Inc. | | None | K | T | Buy | 06/02/17 | K | | |
| 1209. - - Arista Networks, Inc. | | None | J | T | Buy | 09/22/17 | J | | |
| 1210. - - Cognex Corp. | A | Dividend | J | T | Buy | 08/04/17 | J | | |
| 1211. - - First Rep Bank San Francisco, CA | A | Dividend | J | T | Buy | 07/11/17 | J | | |
| 1212. - - Incyte Corp | | None | J | T | Buy | 04/20/17 | J | | |
| 1213. - - ServiceNow, Inc. | | None | J | T | Buy | 07/11/17 | J | | |
| 1214. - - Tal Ed Group ADR Rep | | None | J | T | Buy | 10/24/17 | J | | |
| 1215. 529 Plan #1 - ERL (Scholar's Choice Age Based) | | None | M | T | | | | | |
| 1216. 529 Plan #2 - JH (Scholar's Choice Age Based) | | None | J | T | | | | | |
| 1217. 529 Plan #5 - JM (Scholar's Choice Age Based) | | None | K | T | | | | | |
| 1218. Brokerage Acct #13 Merrill Lynch | | | | | | | | | |
| 1219. - - CMA Funds | A | Interest | K | T | | | | | |
| 1220. - - Blackrock Muni, Inc. | C | Dividend | K | T | | | | | |
| 1221. - - Franklin FL Tax Free | D | Dividend | M | T | | | | | |
| 1222. IRA - Morgan Stanley | A | Interest | J | T | | | | | |
| 1223. - - MS Focus Growth Fd A | | | | | | | | | |
| 1224. Home Properties, LLC (Oak Park, MI) | F | Rent | N | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1225. - - Real Property Oak Park Michigan | | | | | | | | | |
| 1226. Well Zoo (Equity Interest) | | None | M | T | | | | | |
| 1227. RCF Telecom (Membership Interest) | | None | M | T | | | | | |
| 1228. Unit 610, LLC (Membership Interest) Snowmass, Colorado | E | Rent | M | W | | | | | |
| 1229. HBF Investments, LLC (Membership Interest) condominium compl | E | Distribution | M | T | | | | | |
| 1230. The Pickle Recipe, LLC | | None | K | T | | | | | |
| 1231. Grosvenor Multi-Strategy Fund, L.P.** | D | Int./Div. | P1 | T | Buy | 04/01/10 | P1 | | (see Add'l Information)** |
| 1232. Membership Interest in Clay School Building, LLC | | None | J | T | Open | 08/28/17 | J | | |
| 1233. Promissory Note to Clay School Building, LLC | A | Interest | P1 | U | Open | 08/28/17 | P1 | | |
| 1234. Digerati | | None | L | T | Buy | 08/29/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 01/24/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

\* Line #256 - Symetra Life Insurance Policy owned by Trust #5 RWLTITHW (inadvertently not reported on previous reports.)

\*\* Line #1231 - Grosvenor Multi-Strategy Fund (inadvertently not reported on previous reports.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Helene N. White**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544